# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

12 FEB 15 AM 9:55

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY MATA AROZ, JR.,<br><br>    Defendant. | CASE NO. 12CR0107 JLS<br><br> DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Information:

21:952 and 960 - Importation of Methamphetamine

---

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/14/12

William V. Gallo
U.S. Magistrate Judge